176 A.3d 221

STATE OF NEW JERSEY, PLAINTIFF, v. DENNIS OBADO
A/K/A DENNIS ABADO, DEFENDANT-MOVANT.

M–471 September Term 2017
079196

December 5, 2017

## ORDER

It is ORDERED that the motion for leave to file a reply brief is denied.